UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DENNIS GRAVES, )<br>)<br>Defendant. )<br>_____ ) | 2:04-cr-250-LDG-PAL |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#29) on September 29, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee:  BANK OF AMERICA
Amount of Restitution: $1,375.00

Name of Payee:  CITIBANK
Amount of Restitution:  $1,980.00

Total Amount of Restitution Ordered: $3,355.00

Dated this ___9___ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE